UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-cr-00141-SPG |
|---|---|
| Plaintiff, | AMENDED ORDER REGARDING (1) EXPERT DISCOVERY DEADLINES AND (2) FOR AN ORDER OF EXAMINATION PURSUANT TO 18 U.S.C. § 4242 AND FED. R. CRIM. P. 12.2(c) |
| v. | |
| RODOLFO CHAVEZ, | |
| Defendant. | |

The Court having read and considered the parties' Amended Stipulation regarding (1) the entry of an order setting deadlines to govern expert discovery in this case and (2) the entry of an order permitting the government to conduct a psychiatric examination of defendant pursuant to 18 U.S.C. § 4242 and Fed. R. Crim. P. 12.2(c), and good cause appearing therefor,

IT IS ORDERED that the Court designates the government's expert, Dr. Saul Faerstein, M.D., to conduct a psychiatric examination of the defendant pursuant to 18 U.S.C. § 4242 and Federal Rule of Criminal Procedure 12.2(c). The United States Marshals Service ("USMS") shall make defendant available to Dr. Faerstein for examination at the

First Street Courthouse in downtown Los Angeles, or another nearby facility designated by USMS, upon a date selected by Dr. Faerstein upon reasonable advance notice to USMS and in accordance with their safety protocols.

IT IS FURTHER ORDERED that the following deadlines shall govern expert discovery in this case:

April 5, 2024:  Defendant shall make all expert disclosures regarding his affirmative defense of insanity pursuant to Fed. R. Crim. P. 16(b)(1)(B)-(C), as well as all case-specific records on which such expert(s) relied;

May 24, 2024:  The United States' psychiatric expert, Dr. Saul Faerstein, M.D., shall complete his examination of defendant, who shall be transported to the First Street Courthouse in downtown Los Angeles, or another nearby facility designated by USMS, on a date selected by its expert; and

May 31, 2024:  The United States shall make all expert disclosures regarding defendant's affirmative defense of insanity, including those relating to Dr. Faerstein, pursuant to Fed. R. Crim. P. 16(a)(1)(F)-(G), as well as all case-specific records on which its expert(s) relied.  The United States shall also file Dr. Faerstein's report with the Court pursuant to 18 U.S.C. §§ 4242 and 4247.

February 22, 2024
DATE

HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE